# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br>  v.<br><br>Luis Rojas, et al,<br><br>      Defendant(s). | SACV 19-00434JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 29, 2019

                                            James V. Selna
                                      United States District Judge